UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2001
OCTOBER 8, 2002 SESSION

FILED
OCT - 8 2002
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:02-00231
      18 U.S.C. § 922(g)(1)
      18 U.S.C. § 924(a)(2)

JOHN DAVID MOONEY

SEALED
OCT - 8 2002

**I N D I C T M E N T**

The Grand Jury Charges:

1. On or about August 4, 2002, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOHN DAVID MOONEY did knowingly possess a firearm, that is, a Charter Arms, model Off Duty, .38 caliber revolver, in and affecting interstate commerce.

2. At the time defendant JOHN DAVID MOONEY possessed the aforesaid firearm, he had been convicted of crimes punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is,

   a. Convicted on or about May 13, 1982, in the Court of Common Pleas, Lawrence County, Ohio, of burglary, in violation of Ohio Revised Code § 2911.12;

   b. Convicted on or about June 3, 1983, in the Circuit Court of Cabell County, West Virginia, of attempt to commit non-aggravated robbery, in violation of West Virginia Code § 61-2-12; and

    c.    Convicted on or about June 12, 1989, in the Circuit Court of Cabell County, West Virginia, of aggravated robbery, in violation of West Virginia Code § 61-2-12.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

_____
Foreperson

KASEY WARNER
United States Attorney

By: _____
MILLER A. BUSHONG III
Assistant United States Attorney

2

FORM OBD-34
APR. 91

No. _____

# UNITED STATES DISTRICT COURT

Southern _____ District of _West Virginia_

_____ Huntington _____ Division

## THE UNITED STATES OF AMERICA

vs.

JOHN DAVID MOONEY

## INDICTMENT

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill.

_Nancy Underwood_
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____ Clerk

Bail, $ _____