FILED

OCT 29 2002

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:02-00231

JOHN DAVID MOONEY

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    \_\_\_\_\_ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    \_\_\_\_\_ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    \_\_\_\_\_ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    __X__ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    \_\_\_\_\_ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    \_\_\_\_\_ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    \_\_\_\_\_ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will (not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because (check one or both):

    \_\_\_\_\_ Probable cause to believe defendant committed 10+ year controlled substance offense.

    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first four categories listed under Paragraph 1 of this motion.

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    \_X\_ After continuance of \_3\_ days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this 29th day of October, 2002.

                                          UNITED STATES ATTORNEY
                                          KASEY WARNER

                              By: _____
                                          MILLER A. BUSHONG III
                                          Assistant United States Attorney