※AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of WEST VIRGINIA

UNITED STATES OF AMERICA

V.

JOHN DAVID MOONEY

Case Number: 3:02-00231

**WARRANT FOR ARREST**

ORIGINAL

FILED
OCT 31 2002
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOHN DAVID MOONEY___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Convicted in possession of a firearm in and affecting interstate commerce. See attached copy of sealed Indictment.

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1); 924(a)(2)___

| SAMUEL L. KAY | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Samuel L. Kay* klc | October 8, 2002 - Huntington, WV |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___(NOT SET)___ by ___Maurice G. Taylor, Jr., U.S. Magistrate Judge___
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

Huntington, WV

| DATE RECEIVED 10/29/02 | NAME AND TITLE OF ARRESTING OFFICER Robert Grove Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/29/02 | | |