

**United States District Court**
**Southern District of West Virginia**
**Huntington Division**

OCT 3 1 2002

United States of America,

    Plaintiff,

v.                                                    **Criminal Action No.   3:02CR00231-01**

 **MOONEY, John David**

    Defendant.


Probation Officer Assignment/Supervision

Probation Officer Assigned to the case:   _Yola I Toney_

Probation Officer Assigned Supervision:   Teresa L. Eggerud                  _(If applicable)_

Type of Assignment:       ■ Pretrial Services       ☐ Presentence Investigation
                          ☐ Supervision             ■ Other: Bond Supervision

Office Assigned to Jurisdiction                 Officer Assigned Supervision (*if applicable*)

        ☐ Beckley                                   ☐ Beckley
        ☐ Bluefield                                 ☐ Bluefield
        ☐ Charleston                                ☐ Charleston
        ■ Huntington                                ☐ Huntington
                                                    ☐ Other:


Date of Assignment:    October 29, 2002

