UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**FILED**

FEB 10

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 3:02-00231

JOHN DAVID MOONEY

MOTION OF THE UNITED STATES TO
SCHEDULE A GUILTY PLEA HEARING

Comes now the United States of America by Miller A. Bushong III, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

KASEY WARNER
United States Attorney

By: _____
MILLER A. BUSHONG III
Assistant United States Attorney

25

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing "Motion of the United States to Schedule a Guilty Plea Hearing" has been served on opposing counsel by mailing a true copy thereof, on the 10th of February, 2003, to the office of:

> W. Michael Frazier, Esquire
> Post Office Box 2808
> Huntington, WV 25727

_____
MILLER A. BUSHONG III
Assistant United States Attorney