IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILED
FEB 2 6 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:02-00231

JOHN DAVID MOONEY

### WRITTEN PLEA OF GUILTY

In the presence of Michael Frazier, my counsel, who has fully explained the charge contained in the indictment against me, and having received a copy of the indictment before being called upon to plead, I hereby plead guilty to the charge contained in the indictment.

DATE: 2-26-03

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT

28