IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**FILED**
MAY 16 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA,

v.                                              Criminal No. 3:02-00231-01

JOHN DAVID MOONEY,

## NOTICE OF APPEAL

Notice is hereby given that John David Mooney hereby appeals certain rulings made by the Court, in accordance with the judgment order entered May 13, 2003, to the United States Court of Appeals for the Fourth Circuit.

JOHN DAVID MOONEY

By counsel

W. Michael Frazier (WVSB#1287)
FRAZIER & OXLEY, L.C.
Post Office Box 2808
Huntington, West Virginia 25727
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:02-00231-01

JOHN DAVID MOONEY

### CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing "Notice of Appeal" was forwarded this 15th day of May, 2003, via U.S. Mail, to the following counsel of record:

>Miller A. Bushong, III, Esquire
>Assistant United States Attorney
>Post Office Box 1239
>Huntington, West Virginia 25714

_____
W. Michael Frazier (WVSB#1287)
FRAZIER & OXLEY, L.C.
Post Office Box 2808
Huntington, West Virginia 25727