JUDGMENT  FILED: March 22, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 03-4433
CR-02-231

**FILED**

MAR 2 4 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN DAVID MOONEY

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of West Virginia at Huntington

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

                                      /s/ Patricia S. Connor
                                                CLERK