```
            IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT HUNTINGTON

                     September 16, 2004
```

JOHN DAVID MOONEY,

    PETITIONER/MOVANT,

vs.                          CRIMINAL NO. 3:02-00231
                              (CIVIL ACTION NO. 3:04-1001)

UNITED STATES OF AMERICA,

    RESPONDENT.

<u>NOTICE OF FILING</u>

TO:    MICHAEL KELLER, ASSISTANT UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF WEST VIRGINIA
        P. O. Box 1713
        Charleston, WV 25326-1713

    Please be advised that on September 16, 2004, the office of the Clerk for the Southern District of West Virginia filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on behalf of John David Mooney, pursuant to Title 28, United States Code, Section 2255 in the above-captioned matter.

    The style and number appearing above shall be used by all parties for any documents or correspondence relating to this matter.

    Please be sure to include both the criminal and civil numbers.

    A copy is attached for your reference.

                                TERESA L. DEPPNER, CLERK OF COURTS

                                By:_____

cc:    Honorable Robert C. Chambers, U.S. District Judge
        Honorable Maurice G. Taylor, Jr., U.S. Magistrate Judge
        John David Mooney, Reg. No. 04-890-088, FCI Gilmer