December 29, 2004

Clerk, United States District Court
Southern District of West Virginia
P.O. Box 1570
Huntington, West Virginia 25716

RE:  MOONEY v. U.S.   Case No. 3:02-00231
                     Civil No. 3:04-1001

Dear Clerk:

On or about September 18, 2004, I received a copy of a letter sent to Michael Keller and a file-stamped copy of my motion pursuant to Title 28 U.S.C. § 2255. As of today, I have not received any other information from your office or the United States Attorney's office. I am curious as to the status of my case. I would like to know if your office can send me a status report and/or copy of a current docket sheet in the aboved-referenced case.

I would like to thank you in advance for your help and cooperation in this matter.

Respecfully submitted,

*John D. Mooney*

John David Mooney
Reg. No. 04890-088
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

cc:  Michael Keller, AUSA
     P.O. Box 1713
     Charleston, WV 25326-1713

FILED
DEC 3 0 2004