May 8, 2006

Clerk, U.S. District Court
Southern District of West Virginia
P.O. Box 1570
Huntington, West Virginia 25716

**FILED**

MAY -9 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Re: Mooney v. United States, Case No. 3:02-00231
Civil No. 3:04-1001

Dear Clerk:

I am writing in refernece to the above case. It has been a year since I filed my traverse to the Government's response to my motion under Title 28 U.S.C. § 2255. I am worried that the Magistrate Judge may have filed his Report and Recommendation without a copy being sent to me. I would like to know if a report has been filed in my case. If not, I would like to know if my case has been submitted to the Magistrate Judge's chambers for consideration.

I would like to thank you in advance for your help and cooperation in this matter.

Sincerely,

John D. Mooney

John David Mooney
Reg No. 04890-088
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

John D. Mooney #04890-088
Federal Correctional Institute GILMER
P.O. Box 6000
GLENVILLE, WV 26351



United States District Court
Southern District of West Virginia
AT HUNTINGTON
OFFICE OF THE CLERK
P.O. Box 1570
Huntington, West Virginia 25716

25716+1570   B002