IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Respondent,

vs.                                      CRIMINAL ACTION NO. 3:02-00231
                                            (CIVIL ACTION NO. 3:04-1001)

JOHN DAVID MOONEY,

        Petitioner.

**JUDGMENT ORDER**

In accordance with the accompanying Order, the Court **ORDERS** the relief sought pursuant to 28 U.S.C. § 2255 be denied and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                    ENTER:        August 23, 2006

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE