IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
|     Respondant, | * |
| vs. | *    Criminal No. 02-00231 |
| JOHN DAVID MOONEY, | *    Civil No. 04-1001 |
|     Petitioner. | * |

## NOTICE OF APPEAL

**NOW COMES** the Petitioner, John David Mooney, pro se, and respectfully gives notice of his appeal to the Court of Appeals for the Fourth Circuit from the judgment and order entered in the above-captioned case on August 23, 2006, denying relief on his petition filed under Title 28 U.S.C. § 2255.

Dated: 8-30-06

Respectfully submitted,

John D. Mooney
John David Mooney
Pro Se Appellant

John David Mooney 04470-088
Federal C[orrectional Institution]
P.O. Box 6000
Glenville, WV 26351

Clerk, U.S. District Court
Southern District of West Virginia
P.O. Box 1570
Huntington, West Virginia 25716