4cca-30    REV. 10/09/01              T R A N S M I T T A L   S H E E T
                                        (Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other _____ | UNITED STATES DISTRICT COURT<br>for the<br><br>AT Huntington<br>Caption:<br>UNITED STATES OF AMERICA<br>v.<br>JOHN DAVID MOONEY | District Court No.:<br>3:02 00231<br><br>4CCA No.: _____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br>September 1, 2006<br><br>2. Amended NOA filed: | 4. Fees<br>____ USA no fee required<br>____ paid    ____ unpaid<br>____ paid    ____ unpaid<br>Pauper status: ✓ granted ____ denied ____ pending in dist.ct.<br>Does PLRA Apply? ____ Yes ____ No   3-strikes?  ____ Yes ____ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Robert C. Chambers | 5. Materials Under Seal in District Court: ___ Yes ___ No<br>Party Names Under Seal in District Court: ___ Yes ___ No |
| 6. Official Ct. Reporter(s):<br>Teresa Ruffner<br><br>Contract Court Reporter:<br><br><br>Coordinator:<br>Gloria Bailey | 7. Transcript<br>In-Court Hearing Held: ____ Yes ✓ No<br><br>8. Criminal/Prisoner Cases<br>____ recalcitrant witness     Defendant's Address:<br>____ on death row<br>____ in custody<br>____ on bond<br>____ on probation |

**Part II**                        TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # _____ |
|---|---|
| Pleadings: Vols. _____ | Pleadings: Vols. _____ |
| Transcript: Vols. _____ | Transcript: Vols. _____ |
| Exhibits: Vols. _____ | Exhibits: Vols. _____ |
| Depositions: Vols. _____ | Depositions: Vols. _____ |
| State Ct. Record: Vols. _____ | State Ct. Record: Vols. _____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk: *[signature]*   Phone: 304/529-5588   Date: 9-6-06