UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

September 13, 2006

### NOTICE OF APPELLATE CASE OPENING
**********************************

**FOURTH CIRCUIT INFORMATION**
-------------------------



**Court of Appeals Case #:** 6-7565

**Short Caption:** US v. Mooney

**Date NOA Received 4CCA:** 9/11/06

**Case Manager:** Michael Radday

**DISTRICT COURT INFORMATION**
-------------------------

**Division:** Southern District of West Virginia at Huntington

**District Court Case Number(s):**

3:02-cr-00231
3:04-cv-1001

**Date NOA Filed in District Court:** 9/1/06