

# UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

September 13, 2006

Teresa L. Deppner
U. S. DISTRICT COURT
Southern District of West Virginia
P. O. Box 1570
Huntington, WV 25716



FILED

SEP 15 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

    Re: 06-7565 US v. Mooney
        3:02-cr-00231
        3:04-cv-1001

Dear Clerk:

    Because this case is proceeding on an informal briefing
track and no in-court hearing was held, please send the record
on appeal.  The record may be transmitted in paper form or assem-
bled electronic form using the Fifth Circuit's electronic record
program.  If there are problems that will delay your sending
the record, please contact me.  If the electronic record is
transferred, please be sure to transmit any non-electronic por-
tions as paper supplements.  Please send any sealed portions
via e-mail or as a sealed paper supplement.

                    Yours truly,

                    PATRICIA S. CONNOR
                         Clerk

                     /s/ Michael Radday
                By: _____
                         Deputy Clerk