4cca-30    REV. 10/09/01         T R A N S M I T T A L   S H E E T
                                    (Notice of Appellate Action)

| | | |
|---|---|---|
| ___ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>✓ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>AT Huntington<br>Caption:<br>UNITED STATES OF AMERICA<br>v.<br>JOHN DAVID MOONEY | District Court No.:<br>3:02-00231<br><br>4CCA No.: 06-7565<br><br>Consolidated with No.:<br><br>Case Manager:<br>Michael Radday |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br>September 1, 2006<br><br>2. Amended NOA filed: | 4. Fees<br>___ USA no fee required<br>___ paid   ___ unpaid<br>___ paid   ___ unpaid<br>Pauper status: ✓ granted ___ denied ___ pending in dist.ct.<br>Does PLRA Apply? ___ Yes ___ No   3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Robert C. Chambers | 5. Materials Under Seal in District Court: ___ Yes ___ No<br>Party Names Under Seal in District Court: ___ Yes ___ No |
| 6. Official Ct. Reporter(s):<br>Teresa Ruffner<br><br>Contract Court Reporter:<br><br>Coordinator:<br>Gloria Bailey | 7. Transcript<br>In-Court Hearing Held:  ___ Yes  ✓ No |
| | 8. Criminal/Prisoner Cases<br>___ recalcitrant witness    Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**                TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #____ |
|---|---|
| Pleadings: Vols. 1-2 | Pleadings: Vols. ____ |
| Transcript: Vols. 3-4 | Transcript: Vols. ____ |
| Exhibits: Vols. ____ | Exhibits: Vols. ____ |
| Depositions: Vols. ____ | Depositions: Vols. ____ |
| State Ct. Record: Vols. ____ | State Ct. Record: Vols. ____ |
| Sealed: Vols. 5 | Sealed: Vols. ____ |
| No. of Boxes: ____ | No. of Boxes: ____ |

Deputy Clerk: *[signature: Kelly Sue Cropp]*    Phone: 304/529-5588    Date: 10-2-06