UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

October 3, 2006

**NOTICE OF RECEIPT:   Record on Appeal**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FOURTH CIRCUIT INFORMATION**
-------------------------



**Court of Appeals Case #:**  6-7565

**Short Caption:**  US v. Mooney

**Date ROA Received:**  10/3/06

**Case Manager:**  Michael Radday

**DISTRICT COURT INFORMATION**
-------------------------

**Division:**  Southern District of West Virginia at Huntington

**District Court Case Number(s):**

3:02-cr-00231
3:04-cv-1001

**Date NOA Filed in District Court:**  9/1/06