UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
December 22, 2006

No. 06-7565
~~3:02-cr-00231~~
3:04-cv-1001

UNITED STATES OF AMERICA

    Plaintiff - Appellee

    v.

JOHN DAVID MOONEY

    Defendant - Appellant

**ENTERED**
DEC 26 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

---
O R D E R
---

The Court orders that John Korzen of Wake Forest Law School is assigned as counsel to represent the appellant in this case.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK