## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| | | |
|---|---|---|
| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |

December 28, 2006

John J. Korzen, Esq.
WAKE FOREST UNIVERSITY
Room 3320
School of Law
Box 7206 Reynolda Station
Winston-Salem, NC 27109



Re: 06-7565 US v. Mooney
    3:02-cr-00231
    3:04-cv-1001

Dear Counsel:

    We are forwarding the record on appeal in 5 volumes to you for use as court-assigned counsel.

    The record on appeal must be returned to this office after 20 20 days unless counsel has received advance permission from this office to retain the record for a longer period of time.

    Although you have elected to be an e-mail recipient for notices from the Court, the record is being transmitted to you using Federal Espress ground delivery service.

mr

Yours truly,

PATRICIA S. CONNOR
    Clerk

By: /s/ Michael Radday
       Deputy Clerk

cc: Teresa L. Deppner ✓
    Miller A. Bushong III