John D. Mooney #04890-088
F.C.I. Gilmer
P.O. Box 6000
Glenville, W.VA. 26351

Sept 24, 2007

**FILED**

SEP 25 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Honorable Judge Chambers
United States District Court
Southern District of West Virginia
at Huntington
P.O. Box 1570
Huntington, W.VA. 25716

Your Honor,

Please use this letter as a request for new counsel. I would like to dismiss my current attorney, Joseph Jenkins of Preservati Law appointed to me by the Federal Prosecutor's Office. I request new counsel to be appointed to me because of the following reasons. Since Mr. Jenkins has been appointed to me no motions have been filed, which I requested on several occasions via mail, phone, and in person. I requested a motion for a bond hearing and change of housing location be filed in your court on my behalf. It's been over 30+ days since my request, no progress has been made. The main reason for my request of new counsel is because during my in person meeting with Mr. Jenkins he stated to me that he is not familiar with Federal Law at all. There has been absolutely no progress in my new case, therefore Your Honor I pray this court dismisses my current appointed counsel and grants me with new appointed counsel as soon as possible.

Sincerely,

John D. Mooney

John D. Mooney #04890-088
Federal Correctional Institute Gilmer
P.O. Box 6000
Glenville, W.VA. 26351

CLARKSBURG WV 263

24 SEP 2007  PM 2 L

2287164†1570

United States District Court
Southern District of West Virginia
at Huntington
Office of the Clerk
P.O. Box 1570
Huntington, W.VA. 25716