UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 28, 2007

No. 06-7565
3:02-cr-00231
3:04-cv-1001

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN DAVID MOONEY

    Defendant - Appellant



M A N D A T E

The judgment of this Court, entered 8/6/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/  Patricia S. Connor
-----------------------
            CLERK