JUDGMENT

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit



No. 06-7565
3:02-cr-00231
3:04-cv-1001

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN DAVID MOONEY

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of West Virginia at Huntington

---

In accordance with the written opinion of this Court filed this day, the Court reverses the district court's order denying Mooney's motion under 28 U.S.C. Section 2255, vacates the original judgment of conviction and sentence entered in this case, and remands this case to the district court with directions to permit Mooney to withdraw his guilty plea.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

                                        /s/ Patricia S. Connor
                                                 CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
       Deputy Clerk