IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:02-00231

JOHN DAVID MOONEY

### ORDER

Pursuant to the remand of this matter from the Fourth Circuit Court of Appeals, the Court enters the following schedule. Pretrial motions are due on or before **November 13, 2007**; a pretrial motions hearing will be held on **November 26, 2007**, at **11:00 a.m.**; proposed voir dire, jury instructions and witness lists are now due on **December 5, 2007**; trial will begin on **December 11, 2007**, at **8:30 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   October 3, 2007

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE