IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA,**

v.    **Criminal Action No. 3:02-cr-00231**
     **Honorable Robert C. Chambers**

**JOHN DAVID MOONEY,**

   **Defendant.**

## NOTICE

COMES NOW the Defendant, by counsel, Nicholas S. Preservati and Joseph L. Jenkins, of Preservati Law Offices, PLLC, and hereby NOTIFIES the government that Mr. Mooney will be asserting the defense of justification at trial.  This defense has been recognized by the United States Court of Appeals for the Fourth Circuit as a defense to prosecution under 18 U.S.C. § 922(g).  *See, e.g., United States v. Mooney*, No. 06-7565 (LEXIS August 6, 2007) (explicitly recognizing justification as a defense to prosecution under 18 U.S.C. § 922(g)); *United States v. Perrin*, 45 F.3d 869, 873-75 (4th Cir. 1995); *United States v. Crittendon*, 883 F.2d 326, 329-30 (4th Cir. 1989).

                                                                          Respectfully submitted,

                                                                          **John David Mooney**,
                                                                          By counsel,

s/Nicholas S. Preservati_____  ____
Nicholas S. Preservati (W.Va. Bar #8050)
Joseph L. Jenkins (W.Va. Bar #9680)
**Preservati Law Offices, PLLC**
Post Office Box 1431
Charleston, West Virginia 25325
304.346.1421
304.346.1744 *facsimile*
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA,**

v.     **Criminal Action No. 3:02-cr-00231**
       **Honorable Robert C. Chambers**

**JOHN DAVID MOONEY,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I certify that on the 16th day of October, 2007, I filed the foregoing **Notice** with the Court using CM/ECF which will send notification of such filing to the following CM/ECF participants:

Miller A. Bushong, III, Esquire
U. S. ATTORNEY'S OFFICE
110 Heber Street, Room 261
Beckley, West Virginia 25801
304/253-6722
Fax: 304/253-9206
miller.bushong@usdoj.gov

s/Nicholas S. Preservati
Nicholas S. Preservati (W.Va. Bar #8050)
Joseph L. Jenkins (W.Va. Bar #9680)
**Preservati Law Offices, PLLC**
Post Office Box 1431
Charleston, West Virginia 25325
304.346.1421
304.346.1744 *facsimile*
*Counsel for Defendant*