UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON



UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 3:02-00231

JOHN DAVID MOONEY

O R D E R

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal with prejudice of the Indictment in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant JOHN DAVID MOONEY, and to the United States Marshals Service.

ENTER: 11/15/07

_____
HONORABLE ROBERT C. CHAMBERS
United States District Judge