IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:02-00231

JOHN DAVID MOONEY

**ORDER**

The United States has filed a Notice of Dismissal.  The Court finds that the charges have been overturned and the indictment has been dismissed with prejudice.  The Court **DIRECTS** that the defendant be **IMMEDIATELY** released from the Bureau of Prisons custody.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, the United States Marshal and the Bureau of Prisons.

ENTER: November 15, 2007

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE